UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GURINDER KAUR and JAHAGIR KAUR,

          Plaintiffs,

v.

THE COOPER CASTLE LLP; FEDERAL HOME LOAN MORTGAGE CORP., and BANK OF AMERICA,

          Defendants.

2:11-cv-01527-PMP-PAL

ORDER

        On September 23, 2011, Plaintiffs Gurinder Kaur and Jahagir Kaur filed an Ex Parte Motion for Preliminary Injunction and Temporary/Permanent Restraining Order and to Stay Writ of Restitution (Doc. #3).

        IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Ex Parte Motion for Preliminary Injunction and Temporary/Permanent Restraining Order and to Stay Writ of Restitution (Doc. #3) on Thursday, September 29, 2011 at 3:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

        IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendants with any documents that are presently on file in this action, together with a copy of this Order.

DATED: September 23, 2011

_____
PHILIP M. PRO
United States District Judge